DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
SHEROD THAXTON, Bar #262773
Research & Writing Specialist
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
CHARLES RAY SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY SMITH,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>M. MCDONALD, Warden<br><br>　　　　　　Respondent.<br>_____ | NO. CIV-S-09-02967-MCE-GGH P<br><br>ORDER TO SEAL EVALUATION NOTES OF DR. EUGENE P. ROEDER<br><br>Judge: Gregory G. Hollows |

**IT IS HEREBY ORDERED** that the Request to Seal be granted and that the documents and the request be filed under seal, permitting Deputy Attorney General Mark Anthony Johnson access to these documents unless otherwise ordered by this Court at a later time.

Dated: September 13, 2011

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE